Complaint- filed with Federal District court

Defendents: Ken & Susan Jordan Tuthill, 180 Lavereda Rd, Santa Barbara, CA 93108

Tuthill William ET AL, 161 BARBADOS DR, JUPITER FL 33458-2922

TONY & SHVANNAH, MANAGERS, ALBUQUERQUE GRAND SENIOR RESIDENCE/ALBUQUERQUE Inn

1501 TIJERAS AVE NE, ALBUQUERQUE, NM 87106

STAFF & RESIDENTS

CLAIMANT: RONALD W KRUSE, 1501 TIJERAS AVE NE #323, ALBUQUERQUE, NM 87106

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
16 APR 15 AM 10: 03
CLERK ALBUQUERQUE

16cv 301 SCY

By filing this document with the court, I am requesting damages, both actual & punative in the amount of $2,000,000, for the reasons as follows:

1) On the night on or about Wednesday, April 6, 2016, between the hours of 8pm and 11pm, with the door open to cool the residence, someone, staff or resident, entered my room, picked up my pants, walked them to the end of the hall, removed my wallet, and its contents, to wit, $83 cash, book of stamps, ss id, veterans id, mastercards, visa card, Albuquerque Sun Van Handicapped Van ID, Book of ride tickets, et al, then discarded the pants at the end of the hall. During those three hours I, Ronald William Kruse dozed off, unaware of the pill lady depositing my medication, 6 pills, on my dresser. She never knocks to alert me of her presence, and this happens three times each day. Prior to dozing off, I noticed the shadow of a large individual pausing at my doorway.

2) The managers mentioned were on vacation...the next day I prepared my second communication to Susan Jordan Tuthill and placed it in the outgoing mail basket at the front desk...placing it along with two large yellow envelops and another letter envelop. Later that same day I noticed my letter to Susan J Tuthill was missing. I questioned Susie, the Activities Director, who sits at the front desk, if she took my letter. She responded that she knew nothing about outgoing mail...which narrowed the field to the only other managers, Tony and Shvanna, who both returned to work

    simultaneously, on that day. Stealing the wallet was one set of damages...intercepting my mail to one of the owners was a second slap in the face.

3) I have spent over $500 trying to catch a cab, and recover all my plastic, and other documents. I value the real losses, and punative damages at $2,000,000.
4) The owners, and managers, require renters $300,000 insurance, plus $1000 for electric wheelchair, and another $1000 for a pet. They own four complexes in Illinois, Arkansas, and New Mexico.
5) Only one of the many visitors knocks before entering, and that after the fact.

*Jon W. Kruse* (signature)